IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
LISA FLANAGAN,                  )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         1:11cv58-MHT
                                )             (WO)
EDWARD GLASS,                   )
                                )
    Defendant.                  )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's voluntary dismissal without prejudice (doc. no. 13) is treated as a motion to dismiss without prejudice and said motion is granted.  The court assumes that the defendant has no objection to the allowance of the dismissal without prejudice; however, if he does, he must file the objection within seven days from the date of this judgment.

It is further ORDERED that all other outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of July, 2011.

                                      /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE